UNITED STATES of America, Plaintiff—Appellee,

v.

Raul CASTRO–SANCHEZ, Defendant—Appellant.

No. 04–50542.

D.C. No. CR–02–01784–GT.

United States Court of Appeals, Ninth Circuit.

---

Submitted June 13, 2005.*

Decided June 17, 2005.

Before KLEINFELD, TASHIMA and THOMAS, Circuit Judges.

## MEMORANDUM **

Raul Castro–Sanchez appeals the district court's order revoking supervised release. The government acknowledges, and we hold, that *United States v. Vargas–Amaya*, 389 F.3d 901 (9th Cir.2004), requires reversal of the district court's revocation order because the arrest warrant in this case was unsworn. *See United States v. Vargas–Amaya*, 389 F.3d at 907 (holding that "a district court's jurisdiction to revoke supervised release can be extended beyond the term of supervision under [18 U.S.C.] § 3583(i), based upon a warrant issued during the term of supervision, only if the warrant was issued 'upon probable cause, supported by Oath or affirmation,' as required by the Fourth Amendment"). Accordingly, the order of the district court revoking Castro–Sanchez' supervised release and imposing an additional sentence is REVERSED.

Alessandra P. Serano, AUSA, USSD— Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Elizabeth M. Barros, FPD, Zandra L. Lopez, FDSD—Federal Defenders Of San Diego, Inc., San Diego, CA, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.